UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BANUELOS CASTRO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORP., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19-CV-1732 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 16]** |

　　　Parties have filed a joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. 16.] Good cause appearing, the Court **GRANTS** the joint motion and dismisses the case with prejudice. All parties shall bear their own costs and attorneys' fees. Jurisdiction shall remain with Judge Burkhardt for all settlement proceedings.

　　　**IT IS SO ORDERED.**

Dated: February 11, 2020

Hon. Thomas J. Whelan
United States District Judge