# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BANUELOS CASTRO, <br><br> Plaintiff, <br><br> v. <br><br> FREEDOM MORTGAGE CORP., et al., <br><br> Defendants. | Case No.: 19-CV-1732 W (JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |

Parties have filed a joint motion to dismiss this action with prejudice as to Plaintiff Castro's claims against Defendant Equifax Information Services LLC. [Doc. 19.] Good cause appearing, the Court **GRANTS** the joint motion and dismisses the case with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 20, 2020

Hon. Thomas J. Whelan
United States District Judge